

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| CALVIN M. SMITH, JR., #N2378 | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06cv181KS-MTP |
| BILLY McGEE, GEORGE ROBERTSON, MATTHEW FINLEY, CHARLES BOLTON, AND GLEN NOBLES | DEFENDANTS |

## ORDER

Upon consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That within 30 days of this date plaintiff shall file a written response to

(a) specifically state how defendant BILLY McGEE violated his constitutional rights;

(b) specifically state how defendant CHARLES BOLTON violated his constitutional rights; and

(c) specifically state how defendant GLEN NOBLES violated his constitutional rights;

This requirement is made because the plaintiff fails to assert any allegations against these named defendants.

2. **That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 26th day of September, 2006.

                                              s/ Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE